AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 5:25-mj-70048-MAG    Document 6    Filed 01/16/25    Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Angel Mares,<br><br>Defendants. | Case No. 5:25-mj-70048-MAG-1<br><br>Charging District: Middle District of Florida (Tampa)<br><br>Charging District's Case No.: 24cr541 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| The Sam M. Gibbons U.S. Courthouse | Courtroom No.: 10A |
| Place: 801 North Florida Avenue | Magistrate Judge Anthony Porcelli |
| Tampa, Florida 33602 | Date and Time: February 7, 2025, at 11:00 am |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: Jan. 16, 2025

_Virginia K. DeMarchi_
Virginia K. DeMarchi
United States District Judge